**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-00982-LTB-KLM

WENDY L. PEDEN,

   Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

   Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


   Defendant's Motion to Restrict (Doc 49 - filed June 26, 2015) is **GRANTED**. Exhibits A, C, E, F, H, I, and J to Defendant's Motion for Summary Judgment shall be placed at a Level 1 Restriction.


Dated:   June 29, 2015
_____